# Scott Lieske
Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone: (414) 271-3943  
Fax: (414) 271-9344  
www.chapter13Milwaukee.com

P. O. Box 510920  
Milwaukee, WI 53203  
info@chapter13milwaukee.com

February 25, 2020

Clerk of the US Bankruptcy Court
126 U S Courthouse
517 E. Wisconsin Avenue
Milwaukee, WI 53202

RE: SRDJAN IVANOVIC
 Case No. 19-21735-BHL

Dear Clerk of the US Bankruptcy Court:

Enclosed please find check # 1589190 in the amount of $3,044.72. This check replaces the following check, for the same dollar amount, in the above case:

Original Check No.: 1583955

Original Payee: Srdjan Ivanovic
 1832 Rawsen Avenue Apartment #25
 *****Need Address*****
 South Milwaukee, WI 53172

Please deposit these funds as unclaimed funds, as they were returned by the United States Postal Service or were uncashed by the original payee.

Thank you,

*Scott Lieske*

Scott Lieske
Chapter 13 Standing Trustee

SL

cc: file